1
2
3
4
5
6
7
8  IN THE UNITED STATES DISTRICT COURT
9
10 FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
12 JORGE L. RUBIO,                          ) No. C 10-1963 JSW (PR)
                                            )
13           Plaintiff,                     ) **ORDER DENYING MOTION TO**
                                            ) **MAINTAIN SURVEILLANCE**
14      v.                                  ) **VIDEO AND FOR**
                                            ) **RECONSIDERATION**
15 MIKE KANALAKIS, et al.,                  )
                                            )
16           Defendants.                    ) (Docket No. 29)
   _____  )
17
18       Plaintiff filed this pro se civil rights action pursuant to 42 U.S.C. § 1983.
19 Plaintiff is civilly committed in a California prison pursuant to California's Sexually
20 Violent Predator Act, Cal. Welf. & Inst. Code §§ 6600, et seq. ("SVPA").  He sues
21 officials of the Monterey County Jail for housing him in conditions similar to those of
22 criminal detainees when he was in custody there awaiting commitment proceedings
23 under the SVPA.  Defendants' motion to dismiss was granted in part because certain of
24 Plaintiff's claims were found untimely.  Plaintiff has moved for an order directing
25 Defendants to preserve and maintain "any and all" surveillance videos that depict
26 Plaintiff "in any way."  Plaintiff has not explained the relevance of the surveillance
27 video to his claims, and his request is clearly overbroad insofar as it would include
28 video of him sleeping and other clearly irrelevant activities.  Plaintiff's motion is

DENIED.  Plaintiff also indicates that he intends to seek reconsideration of the dismissal of some of his claims as untimely because he did not have sufficient education or legal knowledge to bring those claims earlier.  Plaintiff is DENIED leave to file a motion for reconsideration.  *See Rasberry v. Garcia,* 448 F.3d 1150, 1154 (9th Cir. 2006) (pro se habeas petitioner's lack of legal sophistication is not, by itself, an extraordinary circumstance warranting equitable tolling).

IT IS SO ORDERED.

DATED: September 25, 2012

JEFFREY S. WHITE
United States District Judge

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE L. RUBIO, | Case Number: CV10-01963 JSW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| MIKE KANALAKIS et al, | |
| Defendant. / | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 25, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jorge L. Rubio
P.O. Box 5003-Unit 6
Coalinga, CA 93210

Dated: September 25, 2012

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk